**Order entered July 9, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01511-CR

**ANTHONY SHANE KILLEBREW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81884-2012**

## ORDER

On May 21, 2014, this Court adopted the trial court's findings that appellant desires to pursue the appeal and that he is indigent and represented by court-appointed counsel William Schultz. We ordered appellant to file his brief by June 18, 2014. To date, appellant has neither filed his brief nor communicated with the Court regarding the appeal.

Accordingly, we order appellant to file his brief within **FIFTEEN DAYS** of the date of this order. If the brief is not filed within the time specified, we will order that William Schultz be removed as appellant's counsel and will order the trial court appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Chris Oldner, Presiding Judge, 416th Judicial District Court; William Schultz; and John Rolater.

/s/     DAVID EVANS
           JUSTICE